Wayne B. Littlefield, CA Bar # 069132
Warren A. Koshofer, CA Bar # 213350
MUSICK PEELER & GARRETT
One Wilshire Blvd., Suite 2000
Los Angeles, CA 90017
Telephone (213) 629-7600
Facsimile (213) 624-1376

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| SCOTTSDALE INSURANCE COMPANY, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV-07-6638 RGK (JTLx) |
| v. | |
| 1800 ROSECRANS PARTNERS, LLC, et al. | NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety., WITHOUT PREJUDICE, per FRCP 41(a)(1).
   * the Complaint in this Action has not been served on any Defendant.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED
Dated NOV 14 2007
United States District Judge

November 7, 2007
Date

Signature of Attorney/Party

*NOTE:* F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.